**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00368-TNM-1 |
| | : | |
| JUSTIN LEE | : | |
| | : | |
| Defendant. | : | |

### NOTICE REGARDING EXHIBITS TO SUPPLEMENT DEFENDANT'S PREVIOUSLY FILED MOTION TO DISMISS COUNTS THREE THROUGH FIVE

The defendant, by and through counsel, submits this notice regarding the re-filing of the attached exhibits to supplement his previously filed Motion to Dismiss Counts Three through Five. The defendant would note the following:

1. On March 29, 2024, the defendant electronically filed a Motion to Dismiss Counts Three through Five of the indictment [document #13]. Along with the said motion, the defendant attached three exhibits as one combined document.

2. Following that filing, undersigned counsel was alerted by the Government that one of those exhibits, Exhibit 3, cannot be filed as a public document because it is subject to a protective order. As a result, the combined document containing all three exhibits was removed as an attachment to the defendant's motion to dismiss.

3. To avoid having to re-file the motion outside of the mandated motions deadline, the defendant submits this notice with the attached exhibits 1 and 2 to supplement his previously filed Motion to Dismiss Counts Three through Five

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301 699-8706 Fax
TRoberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice Regarding Exhibits was electronically filed on April 4, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Adam Michael Dreher, Esq.
Matthew E. Vigeant, Esq.
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
adam.dreher@usdoj.gov
Matthew.Vigeant@usdoj.gov

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III

2