**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00368-TNM-1 |
| | : | |
| JUSTIN LEE | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT JUSTIN LEE'S RESPONSE TO MOTION *IN LIMINE* REGARDING CROSS-EXAMINATION OF U.S. SECRET SERVICE WITNESSES

Justin Lee, defendant, by counsel, responds to the Government's Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness. The defendant states:

1. The Government seeks an Order foreclosing questioning witnesses about "Secret Service protocols related to the locations where protectees or their motorcade are taken at the Capitol or other government buildings when emergencies occur"; and "[d]etails about the nature of Secret Service protective details, such as the number and type of agents the Secret Service assigns to protectees."

2. The motion is opposed to the extent that it seeks to limit or restricts questioning of a witness regarding the actual location of Secret Service protectees during times that the defendant entered or remained in a restricted area.

3. Defendant opposes limiting or restricting questions how and when restricted areas were established and by whom, the locations and boundaries of such areas and how that was determined, and the nature and extent to which signs were posted, cordoned off or made to be "restricted" areas.

4. Limitations of cross-examination may not impinge on the defendant's right to make his defense or unduly limit the right of confrontation of witnesses on relevant issues.

1

Based upon the foregoing, the Government's motion *in limine* regarding cross-examination of U.S. Secret Service witnesses should be denied.

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
TRoberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Response to Government's Motion in Limine regarding cross-examination of U.S. Secret Service Witness was electronically filed on April 19, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Adam Michael Dreher, Esq.
Matthew E. Vigeant, Esq.
Assistant U.S. Attorneys
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Adam.Dreher@usdoj.gov
Matthew.Vigeant@usdoj.gov

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
