## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-cr-368 TNM |
| v. : | |
| **JUSTIN LEE,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to continue the trial scheduled to begin in this matter on May 20, 2024, to a date mutually convenient to all parties. The government's primary witness, FBI Special Agent Joseph Perez, suffered an unexpected death in his immediate family and can no longer be present for the scheduled trial date.

The government proposes that the proceeding on May 20, 2024, be converted to a status hearing, where the parties shall set a new trial date at least one week out. The government also requests that the Speedy Trial Act then be tolled in the interest of justice until the new trial date, whatever that may be.

The government consulted with the defense and there is no opposition to an order continuing the trial and converting May 20, 2024, to a status/scheduling hearing.

                          Respectfully submitted,

                          Matthew M. Graves
                          United States Attorney
                          D.C. Bar No. 481052

By:    */s/Matthew E. Vigeant*
        Matthew E. Vigeant
        Assistant United States Attorney
        D.C. Bar No. 144722
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        (202) 252-2423
        matthew.vigeant@usdoj.gov

        Adam M. Dreher
        Assistant United States Attorney
        MI Bar No. P79246
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        (202) 252-1706
        adam.dreher@usdoj.gov