**UNITED STATES OF AMERICA**
**VS.**
**JUSTIN LEE**

Criminal No.   23-CR-368 (TNM)

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | X |
| Joint | ☐ |
| Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Cap.Police Bd.Order 20.14 (Govt Ex. #201) | | | | |
| 2 | Cap.Police Press Release (Govt Ex. #202) | | | | |
| 3 | Tunnel CCTV (Govt # Ex. 405) | | | | |
| 4 | Lee Soc. Media Video (Govt. Ex. 511) | | | | |
| 5 | BWC J.Sterling (Govt Ex.# 600) | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |