**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JUSTIN LEE**, <br><br> Defendant. | Case No. 1:23-cr-00368 (TNM) |

**VERDICT**

For the reasons stated in the oral ruling on August 23, 2024, based on the evidence presented in the record, the Court finds the defendant, Justin Lee, **GUILTY** beyond a reasonable doubt on the following charges in the Indictment, ECF No. 1:

As to Count 1, the charge of committing or attempting to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the performance of his official duties, incident to and during the commission of a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, in violation of 18 U.S.C. § 231(a)(3);

As to Count 2, the charge of forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with certain officers of the United States while engaged in and on account of their official duties where such acts involve physical contact with the victim and the intent to commit another felony, in violation of 18 U.S.C. § 111(a)(1);

As to Count 3, the charge of knowingly entering and remaining in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United

States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, in violation of 18 U.S.C. § 1752(a)(1);

As to Count 4, the charge of knowingly and with the intent to impede and disrupt the orderly conduct of Government business and official functions, engaging in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, in violation of 18 U.S.C. § 1752(a)(2);

As to Count 6, the charge of willfully and knowingly engaging in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D).

However, for the reasons stated in the oral ruling on August 23, 2024, based on the evidence presented in the record, the Court finds the defendant, Justin Lee, **NOT GUILTY** on Count 5, the charge of knowingly engaging in an act of physical violence in a restricted building and grounds, in violation of 18 U.S.C. § 1752(a)(4), and Count 7, the charge of willfully and knowingly engaging in an act of physical violence within the United States Capitol Grounds and Capitol Building, in violation of 18 U.S.C. § 5104(e)(2)(F).

**SO ORDERED.**

Dated:  August 23, 2024                                         TREVOR N. McFADDEN, U.S.D.J.